IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01172-CMA-KLM

JENNIFER PERINN,

    Plaintiff,

v.

CITY OF COMMERCE CITY, STATE OF COLORADO,
PHILLIP BACA, individually and in his official capacity as a Commerce City Police Officer,
NICHOLAS CARR, individually and in his official capacity as a Commerce City Police Officer,
GILMORE, individually and in his official capacity as a Commerce City Police Officer,
JAMES QUEISNER, individually and in his official capacity as a Commerce City Police Officer,
WALKINSHAW, individually and in his official capacity as a Commerce City Police Officer,
KEVIN WOOD, individually and in his official capacity as a Commerce City Police Officer,
ERIC EWING, individually and in his official capacity as a Commerce City Police Officer,
BRANDON ZBOROWSKI, individually and in his official capacity as a Commerce City Police Officer,
ROB MCCOY, individually and in his official capacity as a Commerce City Police Officer,
KEVIN LORD, individually and in his official capacity as a Commerce City Police Officer,
and
JEREMY JENKINS, individually and in his official capacity as a Commerce City Police Officer,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. In consideration of the pending dispositive motion,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for November 8, 2012, at 10:30 a.m. is **VACATED**. The Court will reset the Scheduling Conference, if necessary, after resolution of Defendants' Motion to Dismiss [Docket No. 14; Filed October 15, 2012].

    Dated:  October 29, 2012