IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01172-CMA-KLM

JENNIFER PERINN,

    Plaintiff,

v.

CITY OF COMMERCE CITY, STATE OF COLORADO,
PHILLIP BACA, individually and in his official capacity as a Commerce City Police Officer,
NICHOLAS CARR, individually and in his official capacity as a Commerce City Police Officer,
GILMORE, individually and in his official capacity as a Commerce City Police Officer,
JAMES QUEISNER, individually and in his official capacity as a Commerce City Police Officer,
WALKINSHAW, individually and in his official capacity as a Commerce City Police Officer,
KEVIN WOOD, individually and in his official capacity as a Commerce City Police Officer,
ERIC EWING, individually and in his official capacity as a Commerce City Police Officer,
BRANDON ZBOROWSKI, individually and in his official capacity as a Commerce City Police Officer,
ROB MCCOY, individually and in his official capacity as a Commerce City Police Officer,
KEVIN LORD, individually and in his official capacity as a Commerce City Police Officer, and
JEREMY JENKINS, individually and in his official capacity as a Commerce City Police Officer,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Dismiss Based on Res Judicata** [Docket No. 14; Filed October 15, 2012] (the "Motion"). On January 14, 2013, the Court issued a Recommendation [#20] that Plaintiff's case be dismissed for failure to prosecute.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#14] is **DENIED as moot**.

    Dated:  January 15, 2013